STATE OF NEW YORK )
:SS.:
COUNTY OF NEW YORK )

IAN K. HENDERSON, being duly sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside in Queens, New York. On the 11th day of December, 2007, I served plaintiffs' **NOTICE OF MOTION and SUPPORTING DOCUMENTATION** to the following party by depositing a true copy thereof in a post-paid wrapper, in an official depository, under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following person at the last known address set forth after the name below:

TO: Geo-Con, Inc.
4075 Monroeville Boulevard Corporate One; Suite 400
Monroeville, PA 15146

IAN K. HENDERSON

Sworn to before me this
11th day of December, 2007

NOTARY PUBLIC

JASON FUIMAN
Notary Public, State of New York
No.02FU6104740
Qualified in New York County
Commission Expires January 26, 20__