| BRIAN O'DWYER | **O'DWYER & BERNSTIEN, LLP** | PAUL O'DWYER (1907-1998) |
| GARY SILVERMAN | | OSCAR BERNSTIEN (1885-1974) |
| CHRISTOPHER DOWNES* | ATTORNEYS AT LAW | FRANK DURKAN (1930-2006) |
| VICTOR GRECO | PAUL O'DWYER WAY | |
| CODY K. McCONE | 52 DUANE STREET | OF COUNSEL: |
| GARY P. ROTHMAN* | NEW YORK, N.Y. 10007 | THOMAS J. HUGHES, JR. |
| | (212) 571-7100 | ANNE M. PAXTON |
| STEVEN ARIPOTCH | (516) 248-4224 | MICHAEL CARROLL |
| J. P. DELANEY | FAX (212) 571-7124 | CRAIG R. NUSSBAUM** |
| DAVID H. SCHULTZ** | | |
| RAÚL GARCÍA | | * ALSO ADMITTED IN NJ |
| ROBERT DUNNE | | ** ALSO ADMITTED IN CT |
| JASON S. FUIMAN* | | • ALSO ADMITTED IN PA & NJ |
| M. GLADYS T. ORANGA | | |
| ANDREW R. GRABOIS | | Writer's Direct Dial |
| NICHOLAS S. HANLON | | |
| HELEN WROBEL | | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/07



December 11, 2007

**By Fax: 212-805-7917**
Honorable Robert P. Patterson
United States District Court
500 Pearl Street, Room 2550
New York, New York 10007

**MEMO ENDORSED**

Re:  New York City District Council of Carpenters Pension Fund, et al. v.
     Geo-Con, Inc.
     **07 CV 8736 (RPP)**

Dear Judge Patterson:

We represent plaintiffs in the above referenced matter. I am writing to request an adjournment of the initial pre-trial conference scheduled for Thursday, December 13, 2007. Defendant has not interposed an answer. Plaintiffs filed a Notice of Motion for Default Judgment on December 11, 2007. If an appearance at a pre-trial conference is deemed necessary by the court, plaintiff's request it be rescheduled to December 20, 2007. No previous requests for an adjournment have been made.

Thank you in advance for your assistance in this matter.

Respectfully yours,

O'DWYER & BERNSTIEN, LLP

ANDREW GRABOIS

So ordered
Robert P. Patterson
12/11/07